PD-1032&1033-15

PD-1032&1033-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/10/2015 5:01:20 PM
Accepted 8/11/2015 4:32:31 PM
ABEL ACOSTA
CLERK

CAUSE NO. _____

CAUSE NO. _____

IN THE COURT OF CRIMINAL APPEALS

OF THE STATE OF TEXAS AT AUSTIN

**LARRY RICHARD**, APPELLANT

VS.

**THE STATE OF TEXAS**

APPELLEE

Nos. 01-14-00072-CR and 01-14-00073-CR
In the Court of Appeals for the First District
Of Texas at Houston

Nos. 1233998 and 1401120
In the 185th District Court of Harris County, Texas

## APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

Deborah Summers
11210 Steeplecrest, Ste. 120
Houston, Texas 77065
State Bar No. 19505600
(281) 897-9600

Counsel for Appellant, Larry Richard

FILED IN
COURT OF CRIMINAL APPEALS

August 11, 2015

ABEL ACOSTA, CLERK

CAUSE NO. _____

CAUSE NO. _____

IN THE COURT OF CRIMINAL APPEALS

OF THE STATE OF TEXAS AT AUSTIN

---

**LARRY RICHARD**, APPELLANT

VS.

**THE STATE OF TEXAS**

APPELLEE

---

Nos. 01-14-00072-CR and 01-14-00073-CR
In the Court of Appeals for the First District
Of Texas at Houston

Nos. 1233998 and 1401120
In the 185th District Court of Harris County, Texas

---

**APPELLANT'S MOTION FOR EXTENSION OF TIME
TO FILE PETITION FOR DISCRETIONARY REVIEW**

---

COMES NOW LARRY RICHARD, Petitioner, and files this motion for an

extension of time in which to file his petition for discretionary review. In support of this

motion, Petitioner shows the court the following:

1.    The Appellant was convicted on a Motion to Adjudicate in the 185th Criminal

District Court on or about December 12, 2013 in Cause No. 1233998 . On the same

date, the Appellant plead guilty to Possession of a Controlled Substance in Cause number 1401120 following a Motion to Suppress. The Possession of a Controlled Substance case was the basis of the Motion to Adjudicate. The hearing on the Motion to Adjudicate and the hearing on the Motion to Suppress were held together.

2. The First Court of Appeals affirmed Appellant's convictions in *The State of Texas v. LARRY RICHARD* in Cause Nos. 01-14-00072-CR and 01-14-00073-CR on July 14, 2015.

3. The deadline for filing the Petition for Discretionary Review (PDR) is August 13, 2015.

4. This is Petitioner's first request for an extension to file the petition for discretionary review.

5. Appellant is requesting that the Court grant an extension of thirty (30) days for filing his PDR until September 14, 2015.

6. Appellant's request for an extension of time is so that counsel for the Appellant can adequately prepare the PDR. Counsel is currently researching and preparing two appellate briefs in cause numbers: 01-15-00442-CR and 14-15-00277-CR. She is also set for jury trial on August 13, 2015 in the *State of Texas vs. Wilbert Lewis* in the 183rd Criminal District Court (second chair but preparing voir dire). In the last thirty days, Counsel has appeared on the following cases:

   a. Brandon Lewis, # 1474573, Aggravated Robbery, 185th

b. Shamaria Lewis, # 1475695, Theft 3rd, 185th

c. Brandon Brown, # 1475418, PCS, 337th

d. Julian Honore, # 1403429, MAJ, 182nd

e. Aaron Boyd, # 1411938, Theft >1500.00, 182nd

f. Ruben Moreno, # 1449159, Aggravated Assault on a Public Servant, 178th

g. Stephen Hyde, # 1449073, Burglary of a Habitation (PSI), 178th

h. Michael Foster, # 1466330, Evading in a Motor Vehicle, 230th

i. David Deisch, # 1473018, Forgery, 337th

j. Mario Arredondo, # 1474713, Solicitation of Capital Murder 339th,

k. Taquera Tidwell, # 1477271, Aggravated Robbery, 183rd

l. Jamie Hawkins, # 1466564, Aggravated Robbery, 177th

WHEREFORE, Appellant prays the court grant this motion for an extension of thirty days until September 14, 2014 to file the petition for discretionary review.

RESPECTFULLY SUBMITTED,

/S/ *Deborah Summers*

Deborah Summers
11210 Steeplecrest, Ste. 120
Houston, Texas 77065
State Bar No. 19505600
(281) 897-9600

Counsel for Appellant, Larry Richard

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing

instrument has been delivered to the Harris County District Attorney by e-filing

same on the ___10th___ day of ___August, 2015__.

Further, I hereby certify that a true and correct copy of the above and

foregoing instrument has been delivered to the State Prosecuting Attorney, by efiling

same to information@spa.texsas.gov and by U.S. mail to P.O. Box 12405, Austin,

Texas 78711 on this the __10th__ day of August, 2015 .

/S/ *Deborah Summers*

# AFFIDAVIT

COMES NOW Deborah Summers, before the undersigned authority, and swears to the following:

My name is Deborah Summers. I am the attorney of record in the above cause. The foregoing Appellant's Motion For Extension of Time to File PDR was prepared under my direction. Each and every factual allegation contained therein is true and correct.

/s/ *Deborah Summers*

Deborah Summers

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned authority, on this the 10th day of August, 2015, to certify which , witness my hand and official seal of office.

Notary Public in and for the State of Texas
Cheryl A. Helgoe
Commission Expires: Aug. 13, 2017